5:20-CV-01338



## COUNTY CLERK & DISTRICT CLERK COURT RECORDS SEARCH

# Case #2020CI19404

**Name**: LINDA GONZALEZ

**Date Filed** : 10/7/2020

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 057

**Docket Type** : PREMISES

**Business Name** :

**Style** : LINDA GONZALEZ

**Style (2)** : vs DILLARD TEXAS SOUTH LLC



EXHIBIT 4

# Case History

*Currently viewing 1 through 5 of 00005 records*

| Sequence | Date Filed | Description |
|---|---|---|
| P00004 | 11/9/2020 | JURY DEMAND JURY FEE PAID |
| P00003 | 11/9/2020 | ORIGINAL ANSWER OF<br>DILLARD TEXAS SOUTH LLC |
| S00001 | 10/7/2020 | CITATION<br>DILLARD TEXAS SOUTH LLC<br>ISSUED: 10/7/2020 RECEIVED: 10/13/2020<br>EXECUTED: 10/16/2020 RETURNED: 10/27/2020 |
| P00002 | 10/7/2020 | PETITION |
| P00001 | 10/7/2020 | JURY FEE PAID |